

**Mars Khaimov Law, PLLC**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: _3/23/2021_
```

# MEMORANDUM ENDORSED

March 22, 2021

<u>VIA ECF</u>
Hon. Judge Woods
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re:   Quezada v. Royal Hawaiian Macadamia Nut, Inc.
            Case No. 1:20-cv-11077-GHW

Dear Judge Woods,

    The undersigned represents Plaintiff Jose Quezada (hereinafter "Plaintiff") in the above-referenced matter.

    The initial conference for this matter is set for March 29, 2021. Defendant was served on February 1, 2021 and has yet to appear. It is now March 22, 2021, and Plaintiff is in the process of obtaining a Certificate of Default from the Clerk of the Court and will promptly be moving the Court for a Default Judgment in accordance with its Individual Rules.

    Accordingly, the undersigned requests that the March 29th Conference be adjourned sine die, and further requests that Plaintiff be granted an additional 30 days in which to obtain the Certificate of Default and present the Court with an Order to Show Cause for Default Judgment.

    Thank you for your time and consideration of the above request.

                                                     /s/Mars Khaimov
                                                     Mars Khaimov, Esq., **Principal**
                                                     **Mars Khaimov Law, PLLC**

---

Application granted.  Plaintiff's March 22, 2021 request to adjourn the March 29, 2021 initial pretrial conference, Dkt. No. 8, is granted.  The March 29, 2021 initial pretrial conference is adjourned sine die.  The Clerk of Court is directed to terminate the motion pending at Dkt. No. 8.  The Court expects that any motion for default judgment will be filed no later than April 29, 2021.

SO ORDERED.

Dated:  March 23, 2021
New York, New York

                                                  _____
                                                  GREGORY H. WOODS
                                                  United States District Judge