```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/28/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                                                 :

JOSE QUEZADA,                                 :

                                     Plaintiff,    :       1:20-cv-11077-GHW

                                                       :

                   -v -                            :           ORDER

                                                        :

ROYAL HAWAIIAN MACADAMIA NUT, INC., :

                                                        :

                                    Defendant.  :

                                                        :
-------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

      On March 23, 2021, the Court granted Plaintiff's request to adjourn the initial pre-trial conference *sine die*. Dkt. No. 9. In his request, Plaintiff stated that he was "in the process of obtaining a Certificate of Default from the Clerk of the Court and will promptly be moving the Court for a Default Judgment." Dkt. No. 8. Plaintiff has not taken any action in this case since then. Plaintiff is directed to submit a status letter to the Court no later than September 3, 2021. Plaintiff is directed to serve this order on Defendant and to retain proof of service.

SO ORDERED.

Dated: August 28, 2021
       New York, New York

                                                                       GREGORY H. WOODS
                                                                United States District Judge